# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 09 - CV - 313

HARMONY, LLC, a Colorado limited liability company,

    Plaintiff,

v.

HILLSIDE COMMERCIAL GROUP, INC., a California corporation;
JON A. TURNER, individually, and in his official capacity as owner of Hillside Commercial Group, Inc.; and
as yet unidentified entities and individuals participating in concert with the aforenamed defendants,

    Defendants.

___

## ORDER ON MOTION TO DISMISS WITHOUT PREJUDICE
___

    Upon consideration of plaintiff's Motion to Dismiss Without Prejudice [4], filed on March 11, 2009, it is

    ORDERED that this action is dismissed without prejudice.

    Dated the 12th day of March, 2009.

                  BY THE COURT

                  s/Richard P. Matsch

                  _____
                  Richard P. Matsch, Senior District Judge